**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YIA LOR, et al,<br><br>    Plaintiffs,<br><br>  vs.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY, et al.,<br><br>    Defendants. | No. 1:14-cv-00804---SKO<br><br>**ORDER DIRECTING CLERK OF COURT TO ADMINISTRATIVELY TERMINATE PROGRESSIVE CASUALTY INSURANCE COMPANY AS A DEFENDANT IN THIS ACTION** |

On August 5, 2014, Plaintiffs filed a notice of voluntary dismissal of defendant Progressive Casualty Insurance Company pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Doc. 11.)

In relevant part, Rule 41(a)(1)(A) provides as follows:

> [A] plaintiff may dismiss an action with a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A). "The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically

terminates the action as to the defendants who are the subjects of the notice." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Because Plaintiffs have filed a notice of voluntary dismissal of Defendant Progressive Casualty Insurance Company without prejudice, this defendant has been automatically dismissed from the suit without prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly IT IS HEREBY ORDERED that the Clerk of the Court administratively terminate Progressive Casualty Insurance Company as a defendant in this action.

IT IS SO ORDERED.

Dated:   **August 5, 2014**                              **/s/ Sheila K. Oberto**
                                                         UNITED STATES MAGISTRATE JUDGE