# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YIA LOR, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED FINANCIAL CASUALTY COMPANY,<br><br>    Defendant. | Case No.  1:14-cv-00804-SKO<br><br>ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS WITHIN THIRTY DAYS |

The Court conducted a settlement conference in this action on July 20, 2015, at which the parties reached a settlement agreement.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED;
2. The parties shall file dispositional documents within thirty (30) days from the date of service of this order; and
3. The Court shall retain jurisdiction to enforce the settlement agreement reached by the parties.

IT IS SO ORDERED.

Dated:   **July 20, 2015**

UNITED STATES MAGISTRATE JUDGE

1