1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7
8
9

YIA LOR; SOUA THAO,

Case No.  1:14-cv-00804-SKO

10

Plaintiffs,

**ORDER RE SETTLEMENT AND DISMISSAL**

11

v.

(Doc. 30)

12
13

PROGRESSIVE CASUALTY INSURANCE COMPANY; UNITED FINANCIAL CASUALTY COMPANY, and DOES 1-50, Inclusive,

14
15
16

Defendants.

_____/

17

**ORDER**

18         The parties have filed a stipulation regarding settlement and dismissal of the entire action

19 with prejudice.  This case is, therefore, terminated.  (Doc. 30.)   Accordingly IT IS HEREBY

20 ORDERED that the Clerk of the Court is to close this case.

21
22 IT IS SO ORDERED.

23     Dated:   **August 7, 2015**                              **/s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE

24
25
26
27
28